# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: COURT ORDER OF THE
ROMFORD COUNTY COURT OF GREAT
BRITAIN DATED MAY 21, 2009,

                        **Applicant.**               **Case No.  6:11-mc-28-Orl-28GJK**

_____/

## ORDER

This case is before the Court on [Fourth Amended] Renewal of Amended Motion and Memorandum of Legal Authority Pursuant to Local Rule 3.01(a) on the Request for Documents from Suntrust (Doc. No. 11) filed July 25, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of the Applicant's Objection to the Report and Recommendation (Doc. 16), the objection is overruled.[1]  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed November 9, 2011 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

_____

[1]  Applicant refers to issued subpoenas and service of same in its Objection. Applicant brought this action asking the Court for an Order requiring SunTrust Bank to produce documents related to a foreign proceeding, the merits of which this Court never addressed for the reasons stated in the numerous orders issued in this case.  Service of the Applicant's various motions and compliance with this Court's orders regarding the same are the issues addressed in the Report and Recommendation.  Thus, the service of subpoenas has not been, and is not now, before this Court.

2.     The [Fourth Amended] Renewal of Amended Motion and Memorandum of Legal Authority Pursuant to Local Rule 3.01(a) on the Request for Documents from Suntrust (Doc. No. 11) is **DENIED.**

3.     This case is dismissed for Applicant's failure to comply with orders of this Court and failing to properly serve Suntrust in the time provided.

4.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge